MAX M. KAPLAN, Appellant, v. CHESTER E. SYSKA and STANLEY E. SYSKA, Defendants, and AMEDEO GIOVANNETTI and VITULIA GIOVANNETTI, Respondents.— Order of the County Court of Westchester county denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

MINNIE KEIZER, Respondent, v. BESSIE MESKIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE KINGS AND QUEENS COUNTIES HEARSE AND CAR OWNERS ASSOCIATION, INC., Respondent, v. JAMES J. HUNT, as President of the Funeral Chauffeurs Union, Local 643, an Unincorporated Association Consisting of Seven or More Persons, Appellant.— Order, as resettled, granting injunction pendente lite, modified by striking out the decretal paragraphs numbered 1, 2 and 6, and as so modified affirmed, without costs. We are of opinion that paragraphs 1 and 2 command the issuance of privilege cards to the plaintiff's members when their right thereto can be based only upon a showing that they possessed a membership in the defendant union. While the moving papers show the existence of a class called " associate members," the question whether the plaintiff and its members are entitled to privilege cards should not be determined in advance of the trial and final judgment. As to the paragraph of the order numbered 6, we construe that as depriving the members of the defendant from working or not, according to their will, a right which may not be enjoined when nothing more than such right is involved. The plaintiff and its members are amply protected during the pendency of the action, in our opinion, by the remaining paragraphs of the order. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

LOUIS KLIEGMAN, Respondent, v. ROSE HIRSCH and Others, Defendants, Impleaded with JONAS HEIGHTS CORPORATION, Appellant.— Judgment and amended judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

EMIL KUPFER, Respondent, v. E. A. WHITE ORGANIZATION, INC., and EARL A. WHITE, Appellants, and JOHN D. MAHER, Defendant.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and plaintiff's motion for a preference denied, with ten dollars costs. Rule 10 of the Calendar Rules of the Kings County Trial Terms allows a preference only in contract cases where the plaintiff or his assignor was a resident of Kings county at the time the cause of action arose. The original owner and assignor of the plaintiff's cause of action was not a resident of Kings county at the time the said cause of action arose. Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ., concur.